FILED

AUG 18 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
            DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

**Plaintiff**

SUBRIA MONAE WALKER

V.

SA25CA1019 JKP

Case No. _____

**Defendant**

STATE OF ALABAMA and ALL KNOWN AND
UNKNOWN PARTIES

Notice of Removal TO Federal
Court

Subria Walker
UCC 1-308 No Prejudice or Recourse

San Antonio, Texas 782a

RECEIVED

NO. SA24CA1389

1

JAN 31 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION

**STATE OF TEXAS,**
Plaintiff,

V.

**SUBRIA WALKER**
Defendant.

# SA25CA1019JKP

AL Case No. CC-2024-000404.00

---

## AMENDED NOTICE OF REMOVAL TO FEDERAL COURT

TO: The Clerk of the Circuit Court of Montgomery County, Alabama and ALL PARTIES

Defendant, **Subria Walker**, proceeding **pro se**, hereby removes this action from the **Circuit Court of Montgomery County, Alabama** to the **United States District Court for the Western District of Texas,** pursuant to 28 U.S.C. §§ 1331, 1332, 1442a and 1443. This case involves substantial claims under federal law, including **whistleblower retaliation, constitutional violations, color of law violations, multi-state offenses, attempted murder, sexual assault, stalking, hacking of devices,** and **international human rights protections,** compounded by Defendant's ongoing **Article 138 military investigation.** The Defendant also seeks **emergency protection** due to the intimidation and **assault with a deadly weapon** experienced by the Plaintiff and the **threat and intimidation to her children and family's safety.** In support of this removal, Defendant asserts the following:

## 1. Grounds for Removal

The grounds of removal are based on federal jurisdiction under 28 U.S.C. §§ 1331, 1332, 1442a and 1443. The claims involve federal law violations, constitutional protections, color of law violations, violations of international law, multi-state retaliatory offenses.

### A. Whistleblower Retaliation and Violations of Federal Law

Defendant has been retaliated against for exposing governmental, judicial, and institutional misconduct in Alabama. The Defendant's claims involve violations of the following federal protections:

Case 5:25-cv-01019-JKP    Document 1    Filed 08/18/25    Page 3 of 33
Case 5:24-cv-01389-JKP    Document 1-3    Filed 12/05/24    Page 3 of 5

3

Defendant asserts that she has been under **military investigation with the Secretary of the Air Force since January 2022**, which resulted in the reinstatement of her rank and promotion while still being investigated, and that her case involves issues of **national security**. Due to the **assault with a deadly weapon** perpetrated against Defendant and the intimidation and **serious threat to the safety of her children and family**, Defendant respectfully requests the following relief:

- Emergency protective orders for her, her children, and her family members against her children's paternal family members, U.S. Air Force members involved, the State of Alabama, New Jersey and its' agents.

### 3. Application of Uniform Code of Military Justice (UCMJ)

Given the Defendant's ongoing **military investigation**, the following **UCMJ laws** may be relevant to the case:

- **Article 31 (Rights Advisement)**: Defendant is entitled to be informed of her rights as a member of the U.S. military, including the right to remain silent and the right to counsel before being interrogated (10 U.S.C. § 831).

Defendant respectfully requests that the Court take into account her rights under the **UCMJ** and military regulations to ensure that no unlawful military actions are taken against her and that the principles of justice and fairness are upheld.

### 4. Multi-State Offenses and Federal Jurisdiction

This case involves **multi-state offenses**, including:

- **Interstate Commerce Violations**: Activities affecting businesses and legal proceedings across multiple states (18 U.S.C. § 1951).
- **Cross-Jurisdictional Harassment**: Harassment across state lines implicates federal law and requires intervention under **18 U.S.C. § 241** (conspiracy to deprive rights).
- **Fraud and Corruption**: Whistleblowing uncovered fraudulent activities involving state and federal officials, justifying federal jurisdiction under **28 U.S.C. § 1331**.

### 5. Defendant's Citizenship

Defendant, **Subria Walker** is a citizen of **Texas**, not Alabama, providing jurisdiction under **28 U.S.C. § 1332** (diversity jurisdiction), as the parties are from different states.

### 6. Invocation for Protection and Cleansing of Negative Energies

In addition to seeking legal relief, Plaintiff invokes the **divine intervention** of her **ancestors** to cleanse the negative energies surrounding this case. Defendant respectfully requests that the

Case 5:25-cv-01019-JKP    Document 1    Filed 08/18/25    Page 4 of 33
Case 5:24-cv-01389-JKP    Document 1-3    Filed 12/05/24    Page 4 of 5

4

Court act with integrity and fairness, free from malice, prejudice, or coercion, and that the Court take into account the special protection needs of her young.

## 7. Violation of International Human Rights Law

Defendant asserts that the actions of agents, and state actors violate specific rights under the **American Declaration on the Rights of Indigenous Peoples** and the **ICCPR**, as discussed above. These violations justify the need for federal jurisdiction and relief for her children, family, and community.

## 8. Loss of State Court Jurisdiction Upon Removal

Upon filing this Notice of Removal, all jurisdictional authority over the case shifts to the **United States District Court Western District of Texas San Antonio Division.**

**DATED this 30th day of January 2025.**

**Respectfully Submitted,**

**Subria Walker**
Defendant, **Pro Se**
31 JAN 2025

7018 Dominic Valley San Antonio, TX 78242
truetoit777@gmail.com 907-290-1266

## NOTARY ACKNOWLEDGEMENT

State of Texas
County of Bexar

On this day 31 of January, 2025, before me, a Notary Public in and for said state and county, personally appeared **Subria Walker**, known to me (or satisfactorily proven) to be the person whose name is subscribed to the foregoing instrument, and acknowledged that she executed the same for the purposes therein contained.

Case 5:25-cv-01019-JKP    Document 1    Filed 08/18/25    Page 5 of 33
Case 5:24-cv-01389-JKP    Document 1-3    Filed 12/05/24    Page 5 of 5

5

Notary Public Signature: _Valerie Sald_

Notary Public Name (Printed): _VALERIE SALDANA_

My Commission Expires: _08-23-30 28_

Notary Seal:



VALERIE SALDANA
Notary Public, State of Texas
Comm. Expires 08-23-2028
Notary ID 135056445

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION

SUBRIA MONAE WALKER,

Plaintiff,

**SA 25 CA 10 19 JKP**

v.

Cause No._____

STATE OF ALABAMA, and ALL KNOWN AND UNKNOWN PARTIES

Defendants.

# MOTION TO REOPEN CASE, REOPEN AND CONSOLIDATE RELATED CASES, AUTHORIZE ELECTRONIC SERVICE ON ALL PARTIES, PROVIDE VIRTUAL COURT ACCESS, APPOINT A WATCHDOG, ISSUE PROTECTIVE ORDERS FOR MINOR CHILDREN, AND SEAL AFFIDAVITS

## TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW Plaintiff, Subria Monae Walker, sui juris, a Natural Living Private American National Woman, Beneficiary, Guardian of her Two Natural Biological Living Minor Children, Family, All Members of Achaksah Nation, and Trustee of the Living Trust of Subria Monae Walker, also known as Chief Nummi Walker, wherein all Beneficiaries are Natural Living Women, Men, and Children held in a Private Living Trust, and respectfully moves this Court for an order (1) reopening this matter, (2) reopening all cases referenced and incorporated herein an

in regards to SUBRIA MONAE WALKER, (3) consolidating all such matters, (4) authorizing full electronic service upon all parties, (5) providing for virtual hearings to ensure Safety, (6) appointing a court-approved watchdog/monitor, and (7) issuing Protective Orders for Plaintiff's Two Natural Biological Living Minor Children against identified paternal family members, based on Unrebutted Affidavits, UCC law, Breach of a Living Trust, and Plaintiff's Fiduciary and Guardianship duties, and (8) sealing affidavits on file in this matter to protect sensitive information.

# I. INTRODUCTION AND BACKGROUND

1. Plaintiff filed Case No. SA-24-CA-1389 in December of 2024 to address significant Violations of Federal and International Law, Indigenous Rights, Lack of Jurisdiction and constitutional protections.
2. This matter references and is interconnected with the following cases, which are requested to be reopened and consolidated:

    a. 03-JU-2024-000063.01 (Alabama Juvenile Court)
    b. 03-JU-2024-000064.01 (Alabama Juvenile Court)
    c. 03-DC-2024-900251.00 (Alabama District Court)
    d. 03-CC-2024-000404.00 (Alabama Circuit Court)
    e. All other cases incorporated by and in reference to SUBRIA MONAE WALKER or identified in the filings, notices, or exhibits of SA-24-CA-1389.

3. Plaintiff is the Lawful Guardian of her Two Natural Biological Living Minor Children, Family, and All Members of Achaksah Nation with Fiduciary Duties and Legal Rights vested through the Living Trust, under which All Beneficiaries are Natural Living Women, Men, and Children held in a Private Living Trust.
4. Plaintiff is only under Military and International Jurisdiction due to an Ongoing Investigation with the Secretary of the Air Force (SECAF) since January of 2022, and not otherwise subject to civilian or state court jurisdiction absent lawful cause.
5. The actions underlying this matter arise from Whistleblower Retaliation connected to Plaintiff's Disclosures and Protected Communications, in Violation of 10 U.S.C. § 1034 and other Federal Whistleblower Protection Statutes from 2020 to present day.
6. There is No Probable Cause supporting the state charges, removals, or adverse actions referenced herein, rendering the related proceedings Unlawful, Retaliatory, and Void.
7. Plaintiff has filed and served multiple Sworn Affidavits that remain Unrebutted, establishing Factual Truth on Public Record under Tacit Acquiescence and Principles

recognized in Commercial and Equity Law, including Tacit Assent under applicable UCC provisions.

8. Plaintiff has also alleged a Breach of Trust and Wrongful Interference with her Guardianship Rights over her Two Natural Biological Living Minor Children, Family, and Members of her Tribe, requiring Urgent Judicial Intervention.

## II. GROUNDS FOR RELIEF

### A. Reopening and Consolidation

1. Pursuant to FRCP 60(b) and FRCP 42(a), Plaintiff seeks reopening and consolidation to avoid duplicative litigation, ensure consistent rulings, and address interconnected Factual and Legal Issues.

### B. Electronic Service on All Parties

1. Plaintiff requests that, pursuant to FRCP 5(b)(2)(E) and Local Rule CV-5, the Court authorize electronic service not only for filings between Plaintiff and the Court but also as the primary method of service for all parties to ensure Timeliness, Transparency, and Cost-Effectiveness.

### C. Virtual Court Proceedings

1. Plaintiff requests that all hearings be conducted virtually via Zoom or a similar secure platform to preserve her personal safety and the safety of her Two Natural Biological Living Minor Children, Family, and Members of Achaksah Nation given the nature of the allegations and prior Threats.

### D. Appointment of a Court Watchdog

1. Plaintiff requests appointment of a Neutral court-approved Watchdog/Monitor to observe proceedings, ensure procedural compliance, and Safeguard against Retaliatory acts during litigation.

### E. Protective Orders for Minor Children

1. Plaintiff requests Immediate Protective Orders for her Two Natural Biological Living Minor Children to Prohibit Contact, Harassment, Mental Anguish, Psychological Abuse, Intimidation, Physical Abuse, or Interference from paternal family members named or identified in Unrebutted Affidavits.
2. These Protective Orders are Necessary under 18 U.S.C. § 2265 (Full Faith and Credit for Protective Orders), 18 U.S.C. § 1514 (Civil action to restrain harassment of a victim or witness), and relevant International, Federal, and Texas Family Code provisions.

### F. Motion to Seal Affidavits

1. Plaintiff requests that All Affidavits on file in this matter be Sealed from Public Access pursuant to FRCP 5.2(d), to Protect the Privacy and Safety of Plaintiff, her Two Natural Biological Living Minor Children, and other Beneficiaries of the Private Living Trust.
2. The Affidavits contain Personal Identifying Information, Sensitive Factual Allegations, and Matters affecting the Safety of he Two Natural Biological Living Minor Children, Family, and Members of Achaksah Nation. Public Disclosure would cause Irreparable Harm, Violate Privacy Rights, and potentially Facilitate Retaliation.

## III. LEGAL BASIS

1. Plaintiff's unrebutted affidavits stand as truth in commerce under UCC 1-202, 1-303, and 3-305, and the doctrine of tacit acquiescence/tacit assent.
2. Breach of the Living Revocable Trust constitutes a breach of fiduciary duty and violation of federal and state trust law.
3. Plaintiff's position as Guardian of her Two Natural Biological Living Minor Children, Family and Achaksah Nation Members confers both Legal Standing and a heightened Duty to Protect the Welfare of All Beneficiaries.
4. The consolidation and reopening of these matters are necessary to Preserve Judicial Economy and to ensure All interrelated Violations are addressed in a single coordinated action.

## IV. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Reopen Case No. SA-24-CA-1389;
2. Reopen all cases referenced herein and in the record of SA-24-CA-1389;
3. Consolidate all such cases pursuant to FRCP 42(a);
4. Authorize electronic service on all parties under FRCP 5(b)(2)(E);
5. Order that all hearings be held virtually to preserve safety;
6. Appoint a court-approved watchdog/monitor;
7. Issue Protective Orders for Plaintiff's Two Natural Biological Living Minor Children against identified paternal family members; and
8. Grant all other relief to which Plaintiff may be justly entitled.


**"Pursuant to the evidence provided herein, reference is made to Exhibit A, Notice of Living Trust; Exhibit B, Affidavit of Truth and Historical Declaration of Status; Exhibit C, flash drive containing evidentiary material admitting No Probable Cause in state court; Exhibit D, Affadavit in Support Thereof; Exhibit A Affadavit and files from case number 03-DR-2020-900034; and Exhibit I Affadavit from Appeals Court No. CL-20205-0425, each of which supports the assertion of Lawful Status and Challenges the Validity of Jurisdiction and Cause in the underlying proceedings."**


Respectfully submitted,

*Subria Walker*    ULL1308 W10 recourse/prejudice

Subria- Monae: Walker, Beneficiary.

Sui Juris

Natural Living Woman

Senior Airman, E-4

Guardian of Two Natural Biological Living Minor Children, Family, and Members of Achaksah Nation

Trustee of the Living Trust of Subria Monae Walker, also known as Chief Nummi Walker

7018 Dominic Valley San Antonio, Texas

907-290-1266

truetoit777@gmail.com

# NOTARY ACKKNOWLEDGEMENT

**State of Texas**
 **County of Bexar**

Before me, the undersigned notary public, on this day personally appeared Subria Monae Walker, who is known to me (or satisfactorily proven) to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this **12**[th] day of **August**, *2025*.

Signature of Notary Public

MARGARITA A GARZA
Notary ID #134317988
My Commission Expires
April 20, 2027

(Seal)

**Printed Name of Notary:** Margarita A. Garza

**Notary Public, State of Texas**
 **My Commission Expires:** April 20, 2027

## NOTICE REGARDING USE OF SIGNATURE

*The undersigned affirms that the signature appearing herein is provided solely for the purpose of maintaining consistency with other natural and lawful documents in connection with this matter. This signature is not to be construed as consent to any unlawful jurisdiction, adhesion contract, or agreement, and may not be reproduced, copied, digitized, or otherwise used for any unauthorized or fraudulent purpose. Any such unauthorized use shall be deemed fraud, forgery, and identity theft, and subject to all applicable civil, commercial, and criminal remedies.*



**ACHAKSAH NATION**

---

# NOTICE OF LIVING TRUST

**Private Irrevocable Trust Declaration**

**Non-Statutory, Non-Corporate, Non-Commercial**

———

### To All Whom It May Concern:

**Know by these presents that I, Subria-Monae:Walker, beneficiary., a Living Breathing Woman, sui juris, do hereby declare and give lawful notice of the existence of a private living trust established under Divine Law, Natural Law, and Common Law, for the benefit and protection of my family estate, minor heirs, intellectual property, and private estate holdings.**

———

**TRUST NAME:**

**Living Trust of Subria Monae Walker, also known as Chief Nummi Walker**

———

**TRUSTOR / SETTLOR:**

**Subria-Monae:Walker, beneficiary. the living woman, being of sound mind and full legal and spiritual capacity, without duress or coercion, does create and establish this Living Trust for private use and for the benefit of the named beneficiaries.**

———

**TRUSTEE & BENEFICIARY:**

**Until Death:**

**Subria-Monae:Walker, beneficiary. shall serve as:**

**Trustee: having full fiduciary responsibility, duty of care, guardianship, stewardship, and lawful control of trust estate**

**Primary Beneficiary: holding all rights, titles, interest, and equitable standing in the corpus of the trust**

———

**ADDITIONAL NAMED HEIRS/BENEFICIARIES:**

**Reference to Private Addendum A**

Identifying details, including the names, dates of birth, and redacted identifiers (SSNs) of the two living minor beneficiaries on land referenced herein, are preserved in private trust, and protected under fiduciary duty by the Affiant. (See Private Addendum A: Minor Estate Declaration held in the Living Trust of Subria Monae Walker, also known as Chief Nummi Walker)

Said Addendum is not for public record and shall only be disclosed by express written consent of the Affiant, or upon lawful demand by a court of competent jurisdiction that honors tribal, divine, and international Indigenous law.

The Minor Estate Addendum affirms the trust status, private inheritance, and lawful protection of all Future and Living Minor Heirs and Beneficiaries named therein.

Each shall succeed as a full beneficiary of his or her own trust estate upon reaching the age of majority, subject to the original terms of trust, trust law, and equity and shall only be succeeded with the guidance of their Biological Living Mother.

———

## TRUST PROPERTY INCLUDES BUT IS NOT LIMITED TO:

All derivatives of the corporate legal fiction: SUBRIA MONAE WALKER, including any aliases

The original Birth Certificate, state file number, and CUSIP-linked accounts

The Social Security Account, and any benefits or proceeds derived from its use

All personal, intellectual, and commercial property held or generated in the name of the Debtor

All court filings, judgments, securities, licenses, contracts, or settlements

**All property held in trust or claimed by public agencies or fiduciaries without consent**

**All real and personal property assets, tangible and intangible, past, present, or future**

———

## CLAIM OF RIGHT AND STANDING

**This trust is:**

**Private, irrevocable, and not registered with any government or statutory body**

**Governed solely by Natural Law, UCC, Divine Law, Treaty Law, and Indigenous Law**

**Not subject to taxation, seizure, administration, or interference by unauthorized third parties without express written agreement and verified standing**

———

## LEGAL FOUNDATION

**This Notice of Living Trust is supported by and issued in accordance with:**

**UCC 1-103, 1-104, 1-308**

**18 CFR § 4.92**

**Trust Law, Equity Jurisprudence, and Indigenous Sovereign Rights**

**The American Declaration on the Rights of Indigenous Peoples (ADRIP)**

**The Universal Declaration of Human Rights**

———

## DECLARATION & NOTICE

**Let this instrument stand as lawful notice to all agencies, entities, officers, courts, creditors, corporations, and claimants that:**

**All property held in the name of the corporate entity SUBRIA MONAE WALKER, or any derivative thereof, is hereby acknowledged as trust property, protected under this private, irrevocable Living Trust.**

**Any action, lien, levy, taxation, court order, or seizure without full written consent of the Trustee shall be considered a breach of trust, trespass, and unlawful conversion.**

———

## AFFADAVIT OF IDENTITY AND INTENT

**"I, Subria-Monae:Walker, beneficiary., being of sound mind, do hereby affirm that the name 'Subria Monae Walker' as signed on the Living Trust of Subria Monae Walker, also known as Chief Nummi Walker dated June 03, 2025 refers to me, the living woman, sui juris, acting as Trustee and Beneficiary of the Living Trust, and not the corporate fiction."**

———

**Executed this 08 day of July, 2025**

**On the land known as Texas, outside the jurisdiction of the UNITED STATES**

**By: Subria-Monae:Walker, beneficiary.**

**Living Woman / Guardian / Beneficiary / Trustee / Biological Mother**

**All rights reserved — UCC 1-308 / UCC 1-103.6**

**Without Prejudice - Without Recourse**

---

## NOTARY ACKNOWLEDGMENT

**State of** _Texas_

**County of** _Bexar_

Subscribed and sworn before me this 08 day of July, 2025,

by Subria-Monae:Walker, beneficiary., known to me to be the living woman executing this affidavit.

**Notary Public Signature:** _____

**Commission Expires:** _05/14/2028_

**Seal:**

JOEL RODRIGUEZ
Notary Public, State of Texas
Comm. Expires 05-14-2028
Notary ID 134901089



Subria Walker
7018 Dominic Valley
San Antonio, Texas
Aug 05, 2025

Recorder's Office – Anchorage Recording District
550 West 7th Avenue, Suite 108 (or Suite 1500 per CBPL address)
Anchorage, AK 99501

**Subject:** Cover Letter for Submission of Affidavit of Truth and Historical Declaration of Status for Recording

To Whom It May Concern:

Please find enclosed the following documents for recording with the **Anchorage Recording District**, per the requirements of AS 40.17 and 11 AAC 06:

1. One (1) original **Affidavit of Truth and Historical Declaration of Status**, fully signed and notarized.
2. This cover letter identifying return address and purpose.
3. A **self-addressed stamped envelope (SASE)** for return of the recorded document.
4. **Recording fee payment**: [Money Order] in the amount of $70.00 (or applicable fee), made payable to "**Department of Natural Resources**."

**Document Details:**
I hereby respectfully request the official recording of the enclosed Affidavit of Truth and Historical Declaration of Status. This instrument is intended to declare factual history and status, and I request indexing under the title of the document.

**Fee:**
Please find payment for the required recording fee enclosed, based on the current fee schedule.

Please return the recorded document to me at the address above. If you require any additional information or payment, please contact me at 907-290-1266.

Thank you for your assistance.

Sincerely,

Subria Walker

Subria-Monae: Walker, beneficiary.

*[signature]*

UCC 1-308 W/O Prejudice

STATE/COMMONWEALTH OF _TEXAS_

CITY/COUNTY OF _BEXAR_

SWORN TO AND SUBSCRIBED TO BEFORE

ME THIS _05_ DAY OF _August_, 20_25_

_SUBRIA M. Walker_

NOTARY PUBLIC   REGISTRATION# _131601934_

MY COMMISSION EXPIRES _06/12/2026_

CECILIA J MARTINEZ
Notary ID #131601934
My Commission Expires
June 12, 2026





# AFFIDAVIT OF TRUTH AND HISTORICAL DECLARATION OF STATUS

### Notice of Consequences

**I declare that any party found in violation of the facts stated herein, or who acts in bad faith upon this affidavit, may be subject to civil penalties and liability under applicable law, including but not limited to damages, fines, or sanctions as permitted.**

——

Affiant: Subria-Monae: Walker, beneficiary.
Date: July 08, 2025
Jurisdiction: Achaksah Nation / Private American National / Divine Law / Natural Law / Indigenous Law

——

## I. Declaration of Life and Living Status

I, Subria-Monae: Walker, beneficiary., a Living Woman, Sovereign and Spiritual by Birth, Ancestry, and spirit, governed by the immutable laws of Divine Creation, Natural Law, and Indigenous customary law on land, hereby declare my status as a Free and sovereign being. I reject all attempts by foreign powers, governments, or corporations to reduce me to a mere

legal fiction or corporate entity under any statutory jurisdiction. I am a living soul, born free and endowed with inalienable rights by my Creator.

I further declare myself to be a Natural-Born Heir to the sacred Bloodlines and Stewardship entrusted by my Ancestors—a rightful steward of ancestral lands and bearer of spiritual, cultural, and sovereign legacy that must be preserved, honored, and defended.

———

## II. Reference to Declaration of Status

As declared in my Declaration of Status, recorded on July 08, 2025, on the land of Texas, I affirm my sovereign identity under Indigenous customary law, Divine natural law, and international Indigenous human rights frameworks, including:

- Sovereign nationality as member and steward of the Achaksah Nation
- Natural-born heirship to ancestral lands and responsibilities
- Right to self-governance and medical freedom, including refusal of unwanted medical interventions and biometric surveillance
- Protection under Universal Human Rights, ADRIP (American Declaration on the Rights of Indigenous Peoples), and related instruments

———

## III. Ancestral Lineage & Tribal/Ethnic Affiliations

This lineage reflects deep ancestral roots among the First Nations of the Eastern Woodlands and Southeastern United States. The family descends from both Mid-Atlantic Algonquian-speaking tribes and Southern Iroquoian peoples:

Nations Represented:

- Machapunga – A coastal Algonquian tribe of present-day North Carolina.

- Nanticoke (Choptank) – Algonquian-speaking people native to the Chesapeake Bay region, especially in Maryland and Delaware.

- Powhatan Confederacy – A powerful alliance of Algonquian-speaking tribes in 17th-century Virginia.

- Tuscarora – Originally a Southeastern tribe who later joined the Iroquois Confederacy in New York before the 18th century.

- Cherokee – One of the most prominent Southeastern tribes, known for their strong cultural continuity and forced removal via the Trail of Tears.

Key Ancestors:

- Chief John Squires (born circa 1676–1724)
  born circa around Maryland, Chief John Squires was the son of Jonathan Squires, a man of mixed European and Indigenous heritage, and Ethelia Squires, a Native woman of Nanticoke/Machapunga descent. His leadership marks a significant blending of European and Native traditions in the colonial period.

- Queen Ethelia Squires (born circa 1640)
  Daughter of Chief Ababco and Chieftess Ababco, both identified as Nanticoke/Machapunga leaders. The Ababco line suggests regional importance among the coastal Algonquians.

- Chief Wynicaco (born circa . 1620–1720)
  A senior chief believed to be the son of Chief Ababco and a key figure in early colonial-Native relations. He fathered children with a Machapunga woman also named Ethelia, indicating a fusion of tribal alliances.

- Esther Ann Gantanaga Cox (born circa 1769)
  A full-blood Cherokee woman, daughter of Benjamin Black and Elizabeth Ann Hester Gantanaga Cox. Her family carried the Gantanaga name, likely linked to the traditional Cherokee clans and matrilineal society.

- Rebecca Black
  Referred to as "full Indian," she was the daughter of Esther Ann. Her lineage represents the endurance of Cherokee bloodlines through the upheaval of 19th-century displacement and assimilation.

---

European / British Lineage

The family also traces its heritage through Scottish and English nobility and settlers, some of whom played roles in foundational moments in American colonial and revolutionary history.

Campbell (of Lyminge Line):

- David "Black David" Campbell (born circa 1710–1753): A key patriarch of the American Campbell line, associated with Virginia.

- Descendants include:

    - Captain William Campbell and Colonel David Campbell, Revolutionary War veterans

    - Governor William Bowen Campbell, Governor of Tennessee

    - Brigadier General Alexander W. Campbell, Confederate officer in the Civil War

Grant Clan:

- A Highland Scottish clan that fought at Bannockburn (1314) under Robert the Bruce.

- Early colonial ancestor: Mathew Grant, who arrived in Massachusetts in 1630.

- This line connects to Ulysses S. Grant, 18th President of the United States, who descends from the same early American Grant family.

Cunningham Family:

- Ancestors trace to Dalriada, the early Gaelic kingdom in Scotland.

- Legendary ancestor Warnebald Cunningham saved King Malcolm Canmore around 1050, earning the family motto:
  "Over Fork Over" (possibly referring to defending or sheltering the king).

House of Bruce:

- Lineage includes Robert the Bruce (1274–1329), King of Scots, known for securing Scottish independence from England.

- This line comes through Robert de Bruis of Yorkshire, the Norman-originated ancestor of the Bruce dynasty.

Pinkett Family:

- The surname Pinkett first appears in the Yorkshire Pipe Rolls of 1176, indicating long-standing English roots.

- Members later emigrated to America, integrating into colonial society.

Ballantyne/Ballintine Line:

- A noble family with Anglo-Scottish roots.

- Their heraldic arms often feature a lion rampant, symbolizing strength and bravery.

- This line may have held minor nobility status and land holdings in the border regions.

---

Blended Heritage Summary

This family's ancestry is a rare and rich blend of:

- Indigenous sovereign nations—leaders, chieftains, and full-blood matrilineal ancestors

- Scottish and English nobility, warriors, settlers, and political leaders

- Revolutionary and Civil War service, with military and political contributions across multiple generations

It reflects a deep historical presence in both Native American history and early colonial America, with intersections of sovereignty, survival, migration, and identity.

---

IV. Cherokee History & Cultural Attributes

The Cherokee Nation, originally inhabiting Georgia, North Carolina, South Carolina, Tennessee, and Alabama, is distinguished by its written syllabary (Sequoyah), matrilineal clans, constitutional governance, and enduring spiritual ceremonies. Despite the tragic Trail of Tears in the 1830s, the Cherokee Nation endures as a sovereign entity.

---

V. Historical Context: Tuscarora War & Haudenosaunee (Iroquois) Confederacy

The Tuscarora War (1711–1715) was a pivotal conflict that united multiple Indigenous nations defending their ancestral homelands. Post-war, survivors including the Machapunga and Tuscarora were incorporated into the Haudenosaunee Confederacy (Iroquois Confederacy) by 1722, joining the Mohawk, Oneida, Onondaga, Cayuga, Seneca, and Tuscarora nations under the Great Law of Peace.

———

VI. Land Stewardship & Presence on Land

My ancestors traditionally inhabited and owned lands in present-day Beaufort, Hyde, and Bertie Counties in North Carolina, as well as the Chesapeake Bay region in Maryland and Virginia. John Squires and Long Tom, Indigenous traders, operated a trading post along the Old Indian Trail on the Chesapeake Bay, mediating between Indigenous peoples and English colonists.

I, Subria-Monae: Walker, along with my children (listed in Private Addendum A), am a Natural-Born Heir and rightful Steward of these lands, holding presence and authority under Divine, Indigenous, and Natural Law. Any infringement upon this presence is unlawful.

———

VII. Children & Natural Heirs

My Two Biological Natural-Born Children Living on Land, as named in Private Addendum A, inherit the sacred legacy, facts, responsibilities, and rights bestowed by our Ancestral Lines, under natural and Indigenous laws.

———

VIII. Spiritual Cosmologies & Origins
- Algonquian: Belief in a Great Spirit and other spiritual beings
- Hopi: Ancestors emerged from beneath the earth, entered covenant with Maasaw, caretaker and creator of the Earth
- Maya: Ancestors part of supernatural realm
- Olmec: Veneration of ancestors, connection between living, dead, and divine
- Kemetic (Ancient Egyptian): Neteru represent cosmic principles governing life, death, renewal, and cosmic balance (Ma'at); Indigenous cosmovisions sometimes align with Mizraim lineage and supernatural cosmic order

———

IX. Cultural Practices & Daily Life
- Algonquian peoples: Lived in riverside villages, practiced agriculture (Three Sisters: corn, beans, squash), built wigwams, observed spiritual clan ceremonies
- Powhatan: Established fortified villages and longhouses, practiced agriculture, maintained leadership councils
- Tuscarora / Iroquois: Communal longhouses, peace councils, agriculture-based economies, spiritual adherence to Great Law of Peace
- Olmec / Hopi / Maya: Constructed ceremonial architecture, performed clan rituals, practiced spiritual stewardship
- Kemetic: Emphasis on cosmic order (Ma'at) and balance in life

———

X. Colonial Suppression & Racial Reclassification

Due to colonial concerns around slavery and racial control, colonial and early US officials enforced rigid binary racial classifications ("white" and "colored"). The 1790 US Census omitted Native American categories off reservations; Native peoples were often classified as "free blacks," "other free," or "mulatto." Maryland Catholic church records preserved Indigenous identities even when official state documents did not.

Today, descendants of the Machapunga tribe live primarily in the Inner Banks region of Eastern North Carolina, carrying surnames such as Squires, Mackey (also Mackee, Mackie, Macky), Barber, Clark, Collins, Elks, Morris, and King. These descendants have intermarried with other ethnicities, preserving a mixed but traceable heritage.

———

XI. Official Records & Legal Documentation
- John Squires' Will (20 July 1723, Beaufort County, NC)
- NC Land Grants (1 April 1727, Files #404 & #76, North Carolina Secretary of State Land Grant Library)
- Deed abstracts from 1731 to 1739 in Hyde, Currituck, and Beaufort Counties, North Carolina
- Machapunga Petition post relocation to Hog Island, Virginia
- Smithsonian Gilbert List (1945), identifying family names Daniels, Pugh, Berry linked to Machapunga
- Ancestral ties through Machapunga lineage to President Abraham Lincoln and actor Tom Hanks
- All unretrievable records not listed

———

## XII. Military Lineage & Service

Indigenous Warriors & Leaders
- Chief John Squires — Diplomatic warrior and trading post operator
- Ancestors fought in the Tuscarora War alongside allied tribes

European/Colonial Soldiers & Leaders

Campbell Lineage:
- Captain William Campbell (1748–1800), Revolutionary War veteran
- Colonel David Campbell (1753–1832), founder of Campbell's Station, Revolutionary War veteran
- William Bowen Campbell (1807–1867), Brigadier General, Tennessee Militia, Governor of Tennessee
- Alexander W. Campbell (1828–1893), Confederate Brigadier General under Nathan Bedford Forrest

Grant Lineage:
- Matthew Grant, early colonial settler, clan supporters at Battle of Bannockburn (1314)
- Ulysses S. Grant, 18th US President

Bruce Lineage:
- Robert the Bruce (1274–1329), King of Scotland and military leader
- Sir James Douglas, lieutenant who carried Bruce's embalmed heart on crusade

Cunningham Lineage:
- Warnebald Cunningham (c. 1050), protector of King Malcolm Canmore, bestowed lands and motto "Over Fork Over"

Pinkett Lineage:
- Colonial militia participants and community leaders

———

## XIII. Public Declaration of Sovereignty & Non-Consent

I do not consent to forced vaccinations, genetic modification, biometric tracking, or any intrusion/harm upon my body, my family, or members/inquiring members of Achaksah Nation under my jurisdiction, land, or spiritual sovereignty. Any attempts to undermine or violate these rights are unlawful under the laws of my Nation, Divine Law, Natural Law, and International Human Rights Conventions.

———

XIV. Applicable Legal & Spiritual Grounds

This affidavit is grounded in and supported by:
- Universal Declaration of Human Rights (UDHR)
- United Nations Declaration on the Rights of Indigenous Peoples (UNDRIP)
- American Declaration on the Rights of Indigenous Peoples (ADRIP)
- The Nuremberg Code (informed consent principles)
- Principles of Natural Law, Common Law, Divine Law, and Indigenous customary Law
- Public Law

———

XV. Affirmation & Execution

I affirm, under penalty of perjury and spiritual law, that this declaration is truthful, complete, and accurate to the best of my knowledge, with reference to Exhibit A, Collage of Ancestral Lineage.

**On the land known as Texas, outside the jurisdiction of the UNITED STATES,**

Guardian / Trustee / Beneficiary/ Secured Party:

Subria-Monae:Walker, beneficiary.

Natural Living Breathing Woman, Private American National, Trustee & Beneficiary

**All rights reserved — UCC 1-308 / UCC 1-103.6 Without Prejudice**

**Date: July 08, 2025**

**Witness Signature:** _Karol Franco_

**Printed Name:** _Karol Franco_

**Date:** _7/12/25_

---

## NOTARY ACKNOWLEDGMENT

**State of** _TEXAS_

**County of** _BEXAR_

Subscribed and sworn before me this ~~10~~ 12 day of July, 2025,

by Subria-Monae:Walker, beneficiary., known to me to be the living woman executing this affidavit.

**Notary Public Signature:** _____

**Commission Expires:** _06/12/2024 ._

**Seal:**

CECILIA J MARTINEZ
Notary ID #131601934
My Commission Expires
June 12, 2026

## Exhibit A: Collage of Ancestral Lineage







# AFFIDAVIT IN SUPPORT THEREOF

1. My name is Subria Monae Walker. I am over eighteen years old, of sound mind, and competent to make this affidavit. I have Personal Knowledge and Wisdom of the facts stated herein, and they are true and correct.
2. This Affidavit serves as Exhibit D in new Whistleblower case filed in August due to retaliation from previous judge.
3. I have already been Evaluated and Cleared by the VA.
4. There are no valid nor active power of attorneys over Me or My Two Natural Biological Living Minor Children.
5. I Assert my Entitlement to, and Ownership of, All Indigenous Rights, Protections, and Benefits, Back Pay, Whistleblower Rewards, Land Acquired or Purchased, Intellectual Property, and Business/Assets that I Lawfully Created, Initiated, and Obtained from 2020 to Present. These entitlements arise as a result of, and in connection with, whistleblower retaliation endured during that period, and are protected under all applicable whistleblower protection statutes and relevant international laws.
6. I am making a **Special Appearance** for the Limited Purpose of Challenging Jurisdiction and Asserting My Rights under applicable Whistleblower and International Protections. **[Living Private Divine Indigenous American National Woman]**


**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF TEXAS THAT THE FOREGOING IS TRUE AND CORRECT.**


**Respectfully submitted,**

*Sulvia Walker* ———— UCC1-308 w/o recourse / prejudice

Subria- Monae: Walker, Beneficiary.
Affiant, Sui Juris, Living Woman, Beneficiary


**SWORN TO AND SUBSCRIBED** before me on this 12th day of August, *2025*.

Notary Public, State of Texas  *Morgan Long*

My Commission Expires: *April 20, 2007*

2



MARGARITA A GARZA
Notary ID #134317988
My Commission Expires
April 20, 2027
(Seal)

### NOTICE REGARDING USE OF SIGNATURE

*The undersigned affirms that the signature appearing herein is provided solely for the purpose of maintaining consistency with other natural and lawful documents in connection with this matter. This signature is not to be construed as consent to any unlawful jurisdiction, adhesion contract, or agreement, and may not be reproduced, copied, digitized, or otherwise used for any unauthorized or fraudulent purpose. Any such unauthorized use shall be deemed fraud, forgery, and identity theft, and subject to all applicable civil, commercial, and criminal remedies.*